**SCARPONE & VARGO LLC**
50 Park Place, Suite 1003
Newark, New Jersey 07102
(973) 623-4101
*Attorneys for Plaintiff Secor View Technologies LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| SECOR VIEW TECHNOLOGIES LLC, | CASE NO.: 2:12-cv-3308-FSH-PS |
| Plaintiffs, | Civil Action |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Bruce D. Vargo, Esq., of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the firm of Scarpone & Vargo LLC, attorneys for Plaintiff, Secor View Technologies LLC in the above captioned matter.

2. On June 12, 2012, this office caused to be served via First Class Mail and Certified Mail Return Receipt requested, a copy of the Summons and Complaint upon Defendant Jaguar Land Rover North America, LLC (see Exhibit A attached).

3. The letter was addressed to Defendant's registered agent at: CT Corp. System, 820 Bear Tavern Road, West Trenton, New Jersey 08628.

4. A copy of the letter, Summons and Complaint was also sent to Defendant at 555 MacArthur Blvd., Mahwah, New Jersey 07430.

5. On June 13, 2012, the Summons and Complaint sent to Defendant's Mahwah, New Jersey office was received and signed for as indicated by the return receipt received from the United States Postal Service (see Exhibit B attached).

6. On June 14, 2012, the Summons and Complaint sent to Defendant's registered agent in West Trenton, New Jersey was received and signed for as indicated by the return receipt received from the United States Postal Service (see Exhibit C attached).

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SCARPONE & VARGO LLC

By: /s/ Bruce D. Vargo
Bruce D. Vargo

Dated: June 19, 2012

# EXHIBIT A



# SCARPONE & VARGO LLC

50 PARK PLACE  SUITE 1003  NEWARK  NEW JERSEY  07102
973.623.4101  FAX: 973.623.4181  WWW.SCARPONEVARGO.COM

June 12, 2012

**Via First Class Mail and Certified Mail**
**Return Receipt Requested**
Jaguar Land Rover North America, Inc.
c/o CT Corp. System
820 Bear Tavern Road
West Trenton, NJ  08628

      Re:    Secor View Technologies LLC v. Jaguar Land Rover
              North America, Inc.
              Case No.: 2:12-cv-03308-FSH-PS

Dear Sir or Madam:

      Jaguar Land Rover North America, Inc. has been named as a defendant in the above-referenced proceeding in the U.S. District of New Jersey. In connection with same, we are enclosing the following documents for service: Summons in a Civil Case, Notice of Electronic Filing, Complaint for Patent Infringement, Form AO 120, Local Rule 11.2 Certification and Letter from Magistrate Patty Swartz.

      Our attempt to serve these documents on Jaguar at the 555 MacArthur Blvd., Mahwah, NJ address was rebuffed as the person refused to take the documents.

                                        Very truly yours,

                                        BRUCE D. VARGO

BDV/cma
Enclosures
cc w/enclosures via First Class Mail and Certified Mail Return Receipt Requested:
      Jaguar Land Rover of North America, Inc.
      555 MacArthur Blvd.
      Mahwah, NJ  07430

# EXHIBIT B



# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  6/14 |
| 1. Article Addressed to:<br><br>Jaguar Land Rover NA, Inc.<br>c/o CT Corp. System<br>820 Bear Tavern Rod.<br>West Trenton, NJ  08628 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0006 2612 3146 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $1.90 | 0631 |
| Certified Fee | $2.95 | 11 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.20 | 06/12/2012 |

Sent To: Jaguar Land Rover NA, Inc.
c/o CT Corp. System
820 Bear Tavern Rod.
West Trenton, NJ  08628

7004 2510 0006 2612 3146