
CLOSED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECOR VIEW TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | Civil Action No. 12-3306 (FSH)<br>**JURY TRIAL DEMANDED** |
| SECOR VIEW TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>    Defendant. | Civil Action No. 12-3308 (FSH)<br>**JURY TRIAL DEMANDED** |
| SECOR VIEW TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 12-3310 (FSH)<br>**JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

Pending before the Court in the above-captioned cases are the Complaints filed by Plaintiff Secor View Technologies LLC ("Plaintiff") against Defendants Nissan North America, Inc.; Jaguar Land Rover North America, LLC; BMW of North America, LLC; and Rolls-Royce Motor Cars NA, LLC, (collectively, "Defendants") for infringement of U.S. Patent No. 5,289,321 ("the '321 Patent). Also pending before the Court in the above-captioned cases are the Answers and Counterclaims filed by Defendants against Plaintiff seeking, *inter alia*, a declaration that the '321 Patent is invalid.

Pursuant to the agreement of the parties and Rule 54 of the Federal Rules of Civil Procedure, the Court does hereby enter judgment as follows:

1. By an Opinion (Dkt. No. 90) and an Order (Dkt. No. 91) dated November 22, 2013, the Court held that the terms "minimize lateral protuberance from the side of the vehicle;" "avoiding unnecessary airflow turbulence;" and "low angle" were indefinite;

2. As a result of that Opinion and Order, each and every claim of the '321 Patent is invalid as indefinite under section 112(b) of title 35 of the United States Code;

3. Judgment shall be entered against Plaintiff and in favor of Defendants that the '321 Patent is invalid;

4. Plaintiff shall take nothing from its claims against Defendants;

2

5. This judgment constitutes a final judgment as to Plaintiff's claims of patent infringement against Defendants and a final judgment as to Defendants' declaratory judgment claim of patent invalidity against Plaintiff. Any and all of Defendants' remaining declaratory judgment claims against Plaintiff are hereby **DISMISSED WITHOUT PREJUDICE**;

6. Plaintiff hereby waives all rights to any appeal of this Final Judgment or to any findings by this Court in the above-captioned actions and agrees not to appeal this Final Judgment.

7. All costs and fees shall be borne by the party that incurred them.

**IT IS SO ORDERED** this 16 day of December 2013

_____
Hon. Faith S. Hochberg
United States District Judge

3

We hereby consent to the form and entry of this Final Judgment:

| | |
|---|---|
| s/ Bruce D. Vargo<br>Bruce D. Vargo<br>**SCARPONE & VARGO LLC**<br>50 Park Place, Suite 1003<br>Newark, New Jersey 07102<br>Tel: (973) 623-4101<br>Fax: (973) 623-4181<br>bvargo@scarponevargo.com<br><br>Cabrach J. Connor<br>**TAYLOR DUNHAM, LLP**<br>301 Congress Avenue, Suite 1050<br>Austin, TX 78701<br>Tel: (512) 473-2257<br>Fax: (512) 478-4409<br>cconnor@taylordunham.com<br><br>David A. Skeels<br>Todd I. Blumenfeld<br>**FRIEDMAN, SUDER & COOKE**<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Tel: (817) 334-0400<br>Fax: (817) 334-0401<br>skeels@fsclaw.com<br>blumenfeld@fsclaw.com<br><br>*Attorneys for Plaintiff Secor View Technologies, LLC* | s/Arnold B. Calmann<br>Arnold B. Calmann<br>Katherine A. Escanlar<br>**SAIBER LLC**<br>One Gateway Center, 10th Floor<br>Newark, New Jersey 07102-5311<br>Tel: 973-622-3333<br>Fax: 973-286-2465<br>abc@saiber.com<br>kescanlar@saiber.com<br><br>Matthew J. Moore<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>Tel: +1.202.637.2200<br>Fax: +1.202.637.2201<br>matthew.moore@lw.com<br>james.bender@lw.com<br><br>Clement J. Naples<br>**LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022-4834<br>Tel: +1.212.906.1331<br>Fax: +1.212.751.4864<br>clement.naples@lw.com<br><br>*Attorneys for Defendant Jaguar Land Rover North America, LLC* |

4

s/ Christina L. Saveriano
Eric I. Abraham
Christina L. Saveriano
**HILL WALLACK LLP**
202 Carnegie Center
Princeton, New Jersey 08540
Tel: (609) 924-0808
Fax: (609) 452-1888
eia@hillwallack.com
csaveriano@hillwallack.com

John Caracappa
Kfir B. Levy
Stephanie L. Schonewald
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave NW
Washington, D.C. 20036
Tel: 202-429-6267
Fax: 202-261-0597
jcaracappa@steptoe.com
klevy@steptoe.com
sschonew@steptoe.com

Amanda K. Streff
**STEPTOE &JOHNSON LLP**
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Tel: 312-577-1300
Fax: 312-577-1370
astreff@steptoe.com

*Attorneys for Defendant Nissan North America, Inc.*

5

        s/Christopher J. Dalton  
        Christopher J. Dalton  
        Rosemary J. Bruno  
        **BUCHANAN, INGERSOLL & ROONEY, PC**  
        550 Broad Street, Suite 810  
        Newark, NJ 07102-4599  
        Tel: (973) 273-9800  
        Fax: 973-2739430  
        christopher.dalton@bipc.com  
        rosemary.bruno@bipc.com  

        Joseph P. Lavelle  
        Andrew N. Stein  
        **DLA PIPER LLP (US)**  
        500 Eighth Street, NW  
        Washington, DC 20004  
        Tel: (202) 799-4780  
        Fax: (202) 799-5021  
        joe.lavelle@dlapiper.com  
        andrew.stein@dlapiper.com  

        *Attorney for Defendants BMW of North America LLC and Rolls-Royce Motor Cars NA, LLC*

Dated:    December 13, 2013